AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Samuel Sacco

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M13A

I, Samuel Sacco, charged in a ☑ complaint ☐ petition pending in this District with WIRE / MAIL FRAUD in violation of Title 18 USC 1341 + 1343, U.S.C., 18 USC 1343,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

[signature]
*Defendant*

Feb 12, 2007
*Date*

[signature]
*Counsel for Defendant*