# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL SACCO | CR No. 07-024-ML-LDA |

## MOTION TO CONTINUE ARRAIGNMENT

Defendant Samuel Sacco hereby moves this Court to continue the arraignment hearing presently scheduled for Monday, March, 12, 2007 to Monday, March 19, 2007 for the reasons set forth in the accompanying Memorandum of Law.

SAMUEL SACCO,

By His Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: March 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2007, I electronically filed the MOTION TO CONTINUE ARRAIGNMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Lee H. Vilker, Esq.

/s/ James W. Ryan

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR No. 07-024-ML-LDA |
| SAMUEL SACCO | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE ARRAIGNMENT

Defendant Samuel Sacco has moved this Court to continue the arraignment/ waiver of indictment hearing from Monday, March, 12, 2007 at 10:00 a.m. to Monday, March 19, 2007. As grounds for this motion, defendant relies upon the following reasons.

A. Mr. Sacco currently holds the position of Vice President of Finance, Planning and Control of Schoolwires, Inc. ("Schoolwires"), located at 320 Rolling Ridge Drive, Suite 201, State College, Pennsylvania. Although Mr. Sacco lives in Barrington, Rhode Island, he normally travels to his job in State College, Pennsylvania on Monday afternoons and returns to his home in Barrington on Friday evenings. On Monday, March 12, 2007 the Schoolwires Board of Directors are meeting in State College, Pennsylvania and as a result of his position Mr. Sacco is required to attend this meeting and alter his normal travel plans.

B. As a defense motion, Mr. Sacco acknowledges and will stipulate that said time is excludable under the provisions of § 18 U.S. C. 3161(8).

C. The prosecution, through Assistant U.S. Attorney Lee H. Vilker, has indicated there is no objection to the request for this continuance.

SAMUEL SACCO,

By His Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan
James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: March 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2007, I electronically filed the MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE ARRAIGNMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Lee H. Vilker, Esq.

/s/ James W. Ryan