O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
SAMUEL SACCO

WAIVER OF INDICTMENT

CR 07 024 ML

CASE NUMBER:1:06-MJ-00063-A

I, SAMUEL SACCO, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 19, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

SAMUEL SACCO
Defendant

Counsel for Defendant

Before
Judicial Officer
USMJ