**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR No. 07-024-ML-LDA |
| SAMUEL A. SACCO | |

**MOTION TO FILE UNDER SEAL**

Defendant, Samuel A. Sacco ("Sacco"), moves this Court to seal the Sentencing Memorandum of Samuel A. Sacco in accordance with Local Rule 102 of the United States District Court for the District of Rhode Island. In support of this motion, Sacco relies upon the accompanying Memorandum of Law.

SAMUEL A. SACCO,

By His Attorneys

PARTRIDGE SNOW & HAHN LLP

James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

DATED: July 20, 2007

Denied. Mary M. Lisi USDJ 7/26/07

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of July, 2007, I mailed a copy of the within Motion to File Under Seal to:

Lee H. Vilker, Esq.
Assistant U.S. Attorney
United States Attorney's Office/RI
50 Kennedy Plaza - 8th Floor
Providence, RI 02903